UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LSP TRANSMISSION HOLDINGS, LLC,   Civil No. 17-4490 (DWF/HB)

      Plaintiff,

v.   **ORDER**

NANCY LANGE, Commissioner and
Chair, Minnesota Public Utilities
Commission; DAN LIPSCHULTZ,
Commissioner, Minnesota Public Utilities
Commission; MATT SCHUERGER,
Commissioner, Minnesota Public Utilities
Commission; JOHN TUMA,
Commissioner, Minnesota Public Utilities
Commission; KATIE SIEBEN,
Commissioner, Minnesota Public Utilities
Commission, and MIKE ROTHMAN,
Commissioner, Minnesota Department of
Commerce, each in his or her official
capacity,

and

Northern States Power Company d/b/a
Xcel Energy,

and

ITC Midwest LLC,

      Defendants.

This matter is before the Court on Great River Energy, Minnesota Power, Otter Tail Power Company, and Southern Minnesota Municipal Power Agency's request to participate as amici curiae in Defendants' motion to dismiss. Plaintiff LSP

Transmission Holdings, LLC, does not object to the motion by Great River Energy, Minnesota Power, Otter Tail Power Company, and Southern Minnesota Municipal Power Agency's leave to participate as amici curiae, but retains its right to object to any further participation in the above-entitled matter by these parties and to make any argument or objections in response to their memorandum in support of Defendants' motions to dismiss.

Based upon the presentations of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

## ORDER

The Motion for Leave to Participate as Amici Curiae by Great River Energy, Minnesota Power, Otter Tail Power Company, and Southern Minnesota Municipal Power Agency (Doc. No. [25]) is **GRANTED**. The Court will therefore accept and consider the proposed memorandum submitted by the amici when hearing and ruling on Defendants' motions to dismiss.

Dated:  November 30, 2017         s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge